No. 87–1290.  McCORKLE v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 87–1297.  ABLE, A MINOR UNDER THE AGE OF FOURTEEN YEARS, BY HIS GUARDIAN AD LITEM, DAY v. UPJOHN CO., INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–1322.  ROLLESTON v. ELDRIDGE, JUDGE, FULTON SUPERIOR COURT OF GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 87–1328.  TOCCO v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 87–1329.  BROWNING v. CHEVRON U. S. A. INC. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 87–1335.  BRAVERMAN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 87–1396.  PERRY v. UNITED STATES PAROLE COMMISSION ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 87–1399.  WADE v. UNITED STATES DEPARTMENT OF JUSTICE.  C. A. Fed. Cir.  Certiorari denied.

No. 87–5425.  ROBERTS v. ROBERTS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 87–5686.  HUDSON v. JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION.  C. A. 6th Cir.  Certiorari denied.

No. 87–5713.  SIMPSON v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 87–5787.  STUART v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 87–5815.  SNYDER v. KANSAS.  Ct. App. Kan.  Certiorari denied.